UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-00184-H-1

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| STEPHANICK TIMOTHY JONES | ) | |
| a/k/a "Stephen Jones" | ) | |
| a/k/a "Prince" | ) | |
| a/k/a "Prince Hustler" | ) | |

This cause comes before the Court upon a motion by the United States seeking leave of court to dismiss the Indictment [D.E. 1] filed on September 3, 2014, pursuant to Federal Rule of Criminal Procedure 48(a). For good cause shown, leave of court is GRANTED. The Clerk of Court is directed to DISMISS the Indictment [D.E. 1] without prejudice.

SO ORDERED, this 31st day of March 2015.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE